AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| NINGBO EASYCLEAN COMMODITY CO., LTD and EASYCLEAN CO., LTD <br><br> *Plaintiff(s)* <br><br> v. <br><br> SPLAQUA, INC., AND DACKERS TRADING, LLC <br><br> *Defendant(s)* | Civil Action No.  22cv05575 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SPLAQUA INC
THE CORPORATION
1318 55TH STREET, BROOKLYN, NY, UNITED STATES, 11219

DACKERS LLC
THE LLC
5308 13TH AVE STE 472, BROOKLYN, NY, UNITED STATES, 11219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gerry Grunsfeld
> Lazar Grunsfeld Elnadav LLP
> 1795 Coney Island Avenue
> Brooklyn NY 11230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 09/19/2022

/s/ *Priscilla Bowens*

*Signature of Clerk or Deputy Clerk*