**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NINGBO EASYCLEAN COMMODITY CO., LTD and
EASYCLEAN CO., LTD

                              Plaintiff,

           against-

SPLAQUA, INC., AND
DACKERS TRADING, LLC

                             Defendants.

Civil Action No. 22-cv-05575

**CERTIFICATE OF DEFAULT**

       I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District Of New York, do hereby certify that Defendants have not filed an Answer or otherwise appeared with respect to the Complaint filed herein.

       As such, the default of Defendants is hereby noted and entered Pursuant to F.R.C.P. 55(a).

       Dated: Brooklyn, New York
              November 8, 2022

                                                  Brenna B. Mahoney, Clerk of the Court

                                         By: *Jalitza Poveda*
                                               Deputy Clerk