**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
NINGBO EASYCLEAN COMMODITY
CO. LTD. AND EASYCLEAN CO., LTD.

CIVIL ACTION 22-05575

v.

SLAQUA, INC. AND DACKERS TRADING, LLC

--------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and undersigned counsel for Defendants, that this action is dismissed with prejudice with each side to bear its costs and attorneys' fees.

March 22, 2023

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| /s/ Gerry Grunsfeld<br>Lazar Grunsfeld Elnadav LLP<br>1795 Coney Island Avenue,<br>Brooklyn NY 11230<br>(718) 947-7476 | /s/ Brett s. Silverman<br>Concierge Law<br>4 Terry Terrace, 2nd Floor<br>Livingston, New Jersey 07039<br>(646)779-7210 |